IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE Y. ASIMAH, )
)
           Plaintiff, )
)
   v. ) No. 15 C 10749
)
DUALL PRECISION, INC., )
MERCURY MANUFACTURING CO., )
)
           Defendants. )

## MEMORANDUM ORDER

On December 4 this Court issued a memorandum order (the "Order") in connection with the pro se Complaint of Employment Discrimination filed by George Asimah ("Asimah") against Dual Precision, Inc. and Mercury Manufacturing Co. Several shortcomings in Asimah's filings were identified in the Order, and this Court sought to make those deficiencies clear so that Asimah would be able to cure them.

What Asimah has done by the December 21 date specified in the Order is to provide a new In Forma Pauperis Application ("Application," Dkt No. 9) and a new Motion for Attorney Representation ("Motion," Dkt No. 8). Those filings have provided some but not all of the answers that his earlier submission of the same forms had left open (for example, the new Application discloses that he had worked for the targeted defendants for about three months, with his last monthly salary having been at the $1,900 level -- but that falls short of explaining his representation in his originally filed Application form that he had received $21,000 in wages during the 12-month period preceding that earlier Application). But far more importantly, Asimah has <u>not</u> complied at all with this final express direction in the Order:

This Court further orders that Asimah's resubmissions be accompanied by copies of (1) the charge he filed with the EEOC and (2) the EEOC's right-to-sue letter that Complaint ¶ 8 states he received on August 31 of this year. If all of those materials are received in the Clerk's Office on or before December 21, 2015 this Court will proceed to evaluate them and determine the posture of the case -- but if not, both the Complaint and this action will have to be dismissed.

That directive was both explicit and unambiguous, and Asimah has neither complied with that directive nor explained any inability to do so. As forecast in the Order, Asimah's Complaint and this action are dismissed, and his several motions (Dkt. Nos. 4, 5, 8 and 9) are denied as moot.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 29, 2015